JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRYAN EDWARD KAYE,

        Plaintiff,

    v.

THE SUPERIOR COURT OF
CALIFORNIA, et al.,

        Defendants.

Case No. SA CV 18-01040 JLS (AFM)

**JUDGMENT**

    Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: October 2, 2018

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE